# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>vs.<br>MARICELA LOPEZ,<br><br>                        Defendant. | CASE NO. 07CR1202-LAB<br><br>**ORDER CONTINUING SENTENCING HEARING** |

    IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled matter currently set on August 20, 2007, is continued to September 24, 2007, at 9:30 a.m.

**IT IS SO ORDERED**.

DATED: June 27, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge